IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01203-EWN-BNB

CARA DAILEY,

Plaintiff,

v.

M.R.S. ASSOCIATES, INC., a New Jersey corporation,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that the Stipulated Motion for Protective Order [docket no. 8, filed August 5, 2008] is GRANTED.


DATED:  August 6, 2008